UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Case No.: 2:19-cv-00669-NJ

**RAYMOND DOUGLAS HENNAGIR,**
    **Plaintiff,**

**v.**

**WAUKESHA HOSPITALITY, LLC, d/b/a
THE INGLESIDE HOTEL,**
    **Defendant.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

The Plaintiff, Raymond Douglas Hennagir, by and through his undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the above-captioned action is voluntarily dismissed against the Defendant **WAUKESHA HOSPITALITY, LLC, d/b/a THE INGLESIDE HOTEL**. June 20th, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June 2019, a true and correct copy of the foregoing was filed using the Court's CM/ECF filing system, which will send an electronic notice of filing to all counsel of record.

Respectfully Submitted,

**/s/ J D Haas**
**J D HAAS, ESQ.**
WI Bar No. 1031196
J D HAAS AND ASSOCIATES, PLLC
9801 Dupont Avenue S., Suite 430
Minneapolis, MN 55431
Tel: (952) 345-1025
*Attorney for Plaintiff Raymond Hennagir*

**/s/ Jean C. Polo, Jr.**
**JEAN C. POLO, JR., ESQ.**
FBN: 116241
Legal Justice Advocates, LLP
1629 K Street NW, Suite 300
Washington D.C. 20006
Tel:    (202) 803-4708
Email: JP@legaljusticeadvocates.com
*Attorney for Plaintiff*